UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN ARDREY** | : | Case No. _____ |
| 5430 Camelot Drive | : | |
| Fairfield, Ohio 45014 | : | Judge _____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **COMPLAINT WITH JURY** |
| | : | **DEMAND ENDORSED** |
| **TATA CONSULTANCY SERVICES, INC.** | : | **HEREON** |
| 4501 Eastgate Blvd. | : | |
| Cincinnati, Ohio 45245 | : | |
| | : | |
| and | : | |
| | : | |
| **TATA CONSULTANCY SERVICES, LIMITED** | : | |
| 1000 Summit Drive | : | |
| Milford, Ohio 45150 | : | |
| | : | |
| Also Serve: | : | |
| TATA CONSULTANCY SERVICES, INC. | : | |
| c/o: CT CORPORATION SYSTEM | : | |
| 1300 EAST 9TH STREET | : | |
| CLEVELAND,OH 44114 | : | |
| | : | |
| and | : | |
| | : | |
| TATA CONSULTANCY SERVICES, LIMITED | : | |
| c/o: CT CORPORATION SYSTEM | : | |
| 1300 EAST 9TH STREET | : | |
| CLEVELAND,OH 44114 | : | |
| | : | |
| Defendants. | : | |

**PARTIES**

1. Plaintiff John Ardrey ("Plaintiff") is a citizen and resident of the State of Ohio.

2. Defendants Tata Consultancy Services, Inc. and Tata Consultancy Services, Limited (together hereafter referred to in the singular as "Tata") are foreign entities established in the Philippines and India, respectively, but doing business in Ohio. Tata is an information technology company which employs hundreds of thousands worldwide and boasts hundreds of billions of dollars in assets. Tata is, and at all relevant times has been, an employer within the meaning of all relevant definitions of federal and Ohio law.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over Count I pursuant to 28 U.S.C. § 1331 because this Count arises under the Title VII of the Civil Rights Act of 1964. Further, Plaintiff has been issued a "Notice of Right to Sue" letter by the Equal Employment Opportunity Commission relating to the federal claims raised in this count.

4. This Court has supplemental jurisdiction over the state law claim in Count II pursuant to 28 U.S.C. § 1367 on the grounds that this Count is so related to the federal claim over which this Court has original jurisdiction, that together they form the same case or controversy.

5. This Court has personal jurisdiction over Tata because its principal place of business is located (as indicated by the Milford and Cincinnati addresses above) is within this district and division, any act giving rise to the causes of action raised herein took place within this district and division.

6. Venue is proper in this Division and District pursuant to 29 U.S.C. § 1391(b) because Plaintiff was employed in this division and district and the conduct giving rise to Plaintiff's claims occurred within this division and district.

## FACTUAL ALLEGATIONS

7. Plaintiff began his employment with Tata in approximately September, 2015 as a Loan Processor.

8. Plaintiff is an African-American male.

9. Plaintiff performed his job well.

10. Plaintiff was terminated on or about March 9, 2016. Plaintiff was told he was terminated for violating policy.

11. The reasons for Plaintiff's termination are factually untrue. He did not violate any previously articulated policy. He had not received any progressive discipline prior to termination. And, further, any conduct for which he was supposedly terminated had also been committed by non-African-American competitors who were not terminated or disciplined for the same.

12. Tata has exhibited a pattern and practice of favoring non-African-American employees over African-Americans. Indeed, upon information and belief, approximately 95% of the 14,000 persons employed in the United States by Tata are South Asian or Indian. *See*, *Heldt v. Tata Consultancy Services, Ltd*., Case No. 3-15-cv-01696, U.S. District Court for the Northern District of California, Doc. #1 (Complaint), copy attached as Exhibit 1.

13. Tata terminated Plaintiff because of his race.

## COUNT I

### (Race Discrimination in Violation of Title VII of the Civil Rights Act against both Defendants)

14. Plaintiff realleges the foregoing paragraphs as if fully rewritten herein.

15. Plaintiff was qualified for the position(s) he held while working for Tata.

16. Tata afforded substantially better treatment to Plaintiff's similarly situated non-African-American comparators.

17. Tata took adverse actions against Plaintiff because of his race (African-American), including termination.

18. Tata's actions were willful, wanton, and in disregard for Plaintiff's rights.

19. Tata's actions constitute a pattern and practice of racially discriminatory behavior.

20. As a result of Tata's willful and unlawful discrimination, Plaintiff has suffered damages and is entitled to relief.

## COUNT II

**(Race Discrimination - O.R.C. § 4112 Against Both Defendants)**

21. Plaintiff realleges the foregoing paragraphs as if fully rewritten herein.

22. Plaintiff was qualified for the position he held while working for Tata.

23. Tata afforded substantially better treatment to Plaintiff's similarly situated non-African-American comparators.

24. Tata took adverse actions against Plaintiff because of his race (African-American), including termination.

25. Tata's actions were willful, wanton, and in disregard for Plaintiff's rights.

26. Tata's actions constitute a pattern and practice of racially discriminatory behavior.

27. As a result of Tata's willful and unlawful discrimination, Plaintiff has suffered damages and is entitled to relief.

**WHEREFORE**, Plaintiff John Ardrey demands judgment, jointly and severally, against Defendants as follows:

(a) That Defendants be enjoined from further unlawful conduct as described in the Complaint;

(b) That Plaintiff be reinstated;

(c) That Plaintiff be awarded compensatory damages including emotional distress damages;

(d) That Plaintiff be awarded all lost pay and benefits, including future pay and benefits;

(e) That Plaintiff be awarded punitive damages;

(f) That Plaintiff be awarded pre-judgment interest;

(g) That Plaintiff be awarded reasonable attorneys' fees; and

(h) That Plaintiff be awarded all other legal and equitable relief to which he may be entitled.

Respectfully submitted,

/s/ David A. Eberly
David A. Eberly (0067007)
Eberly McMahon Copetas LLC
2321 Kemper Lane, Suite 100
Cincinnati, OH  45206
Telephone: 513-533-9898
Fax:  513-533-3554
deberly@emclawyers.com
Counsel for Plaintiff

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.